UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

AMBROSE MOSES, III,

        Plaintiff,

vs.

MORAKINYO KUTI, *et al.*,

        Defendants.

Case No. 3:25-cv-336

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER: (1) DENYING AS MOOT DEFENDANTS CENTRAL STATE UNIVERSITY
AND CENTRAL STATE UNIVERSITY BOARD OF TRUSTEES' MOTION TO
DISMISS THE ORIGINAL COMPLAINT (Doc. No. 7); (2) DISMISSING DEFENDANT
CENTRAL STATE UNIVERSITY BOARD OF TRUSTEES AS A PARTY TO THIS
CASE; AND (3) CONFIRMING DEFENDANTS MORAKINYO KUTI; JOSE U.
TOLEDO; ALCINDA FOLCK; PAMELA BOWMAN; SHAU'DE KNIGHT; MARK
RENDLEMAN; CENTRAL STATE UNIVERSITY; AND JACQUELINE GAMBLIN
REMAIN DEFENDANTS IN THIS LITIGATION**

---

This civil case is before the Court upon Defendants Central State University and Central

State University Board of Trustees' motion to dismiss the original complaint. Doc. No. 7. After

Defendants filed their motion, *pro se* Plaintiff Ambrose Moses, III[1] filed an amended complaint

in accordance with Fed. R. Civ. P. 15(a)(1). *See* Doc. No. 9. Accordingly, Defendants' motion to

dismiss the original complaint is **DENIED WITHOUT PREJUDICE AS MOOT**.

In Plaintiff's *pro se* amended complaint, Defendant Central State University Board of

Trustees is no longer named as a party. *See* Doc. No. 9 at PageID 401-02. Accordingly, the Court

**DISMISSES** Central State University Board of Trustees as a party to this case.

---

[1] Plaintiff is an attorney. His status as an attorney has no bearing on the Court's analysis here. As with all
*pro se* litigants, Plaintiff's documents and allegations are liberally construed in his favor. *See Erickson v.
Pardus*, 551 U.S. 89, 94 (2007) (*per curiam*).

The Court **CONFIRMS** that Defendants Morakinyo Kuti; Jose U. Toledo; Alcinda Folck; Pamela Bowman; Shau'De Knight; Mark Rendleman; Central State University; and Jacqueline Gamblin remain in this litigation.

**IT IS SO ORDERED.**

March 19, 2026                                s/*Michael J. Newman*
                                              Hon. Michael J. Newman
                                              United States District Judge